**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NATALIE ROSE RODRIGUEZ,
                Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

20 CIVIL 2360 (VSB)(SN)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 6, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

Dated: New York, New York
         April 6, 2021

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
                BY:
                                        **Deputy Clerk**